UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――X

BRUCE LOWERY; KEVIN DANIELS,

         Plaintiffs,

-against-

MACK CARTER, DIRECTOR OF HOUSING,
CITY OF WHITE PLAINS; CITY OF WHITE
PLAINS,

         Defendants.
―――――――――――――――――――――X

ORDER

07 Civ. 7684 (SCR)

STEPHEN C. ROBINSON, U.S.D.J.

    Plaintiffs submitted the instant action without applications to proceed *in forma pauperis*. Plaintiff's submitted the requisite applications, and this case was assigned to my docket on January 31, 2008. As plaintiff's applications to proceed in forma pauperis have never been ruled upon, I hereby GRANT leave to proceed *in forma pauperis* for the purpose of serving the summons and complaint in this action. See 28 U.S.C. §§ 1915(a), 1921 (a)(1)(A). The *Pro Se* Office is directed to forward to plaintiffs the necessary materials to enable the United States Marshals Service to serve defendants in accordance with Rule 4 of the Federal Rules of Civil Procedure. Plaintiffs are directed to complete the USM-285 forms and forward the materials to the United States Marshal Service, which is directed to serve the summons and complaint upon defendants in accordance with Fed. R. Civ. P. 4.

    IT IS SO ORDERED.

                                     STEPHEN C. ROBINSON
                                     United States District Judge

Dated: February 29, 2008
       New York, New York