# KEANE & BEANE, P.C.

ATTORNEYS AT LAW

445 HAMILTON AVENUE

WHITE PLAINS, NEW YORK 10601

(914) 946-4777

FAX (914) 946-6868

www.kblaw.com

200 WESTAGE BUSINESS CENTER
FISHKILL, NEW YORK 12524
(845) 896-0120

**MEMO ENDORSED**

STEPHANIE L. BURNS
MEMBER
ALSO ADMITTED IN NJ

August 5, 2008



VIA FIRST CLASS MAIL

Honorable Stephen C. Robinson, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *Bruce Lowery, et ano. v. Mack Carter, et al.*,
07 Civ. 7684 (SCR)(S.D.N.Y.)

**MEMO ENDORSED**

Dear Judge Robinson:

Keane & Beane, P.C. has recently been retained to defend Mack Carter, Executive Director of the White Plains Housing Authority (who has been incorrectly named herein as the Director of Housing of the City of White Plains). Enclosed please find a courtesy copy of the Notice of Appearance filed today by Keane & Beane, P.C.

I write to request a brief adjournment of the time for Mr. Carter to answer or move with respect to the Complaint served on him in the above-referenced action. I understand Mr. Carter mailed an Acknowledgement of Service to the United States Marshals Service on July 31, 2008. As a result, he is required to respond to this Complaint by August 20, 2008. I am scheduled to be on vacation with my family in Seattle, Washington from August 9, 2008 through August 17, 2008 and will not be returning to the office until August 19, 2008. Due to my vacation schedule as well as the vacation schedules of employees of the White Plains Housing Authority (the "Housing Authority"), I will not be able to meet with Mr. Carter and the staff of the Housing Authority concerning the allegations in the Complaint until after I return from my vacation on August 19, 2008. Accordingly, I respectfully request that Mr. Carter's time to answer or move with respect to the Complaint in this action be extended to September 5, 2008.

Although this Complaint was initially filed on August 29, 2007, a Summons was not issued with respect to Mr. Carter until March 6, 2008. A Summons and Complaint was purportedly mailed to Mr. Carter by the United States Marshals Service on July 1, 2008. The

5000/01/343144 V1  8/5/08

KEANE & BEANE, P. C.

Honorable Stephen C. Robinson, U.S.D.J.
August 5, 2008
Page 2

Summons and Complaint was received by the White Plains Housing Authority on or about July 7, 2008. Receipt of the Summons and Complaint was acknowledged on or about July 31, 2008.

The Plaintiffs in this action are *pro se*. According to the docket for this action, prior to an issuance of a summons for Mr. Carter, three (3) of the Plaintiffs (Ronald Sanders, Richard Lewis and Kim Francis) were dismissed from this action. As a result, I am only copying this letter to Plaintiffs Bruce Lowery and Kevin Daniels. I am utilizing the address on the Complaint for these Plaintiffs as well as the address for Mr. Lowery provided on the Summons.

I appreciate your attention to this matter.

Respectfully submitted,

Stephanie L. Burns (SB 3467)

SLB/pe
cc: Bruce Lowery, *Pro Se*
c/o Morton Lembreck
Sanders Morris Harris, Inc.
527 Madison Avenue, 6th Floor
New York, NY 10022

Bruce Lowery, *Pro Se*
Inmate # 16164
Westchester County Jail
P.O. Box 10
Valhalla, NY 10595

Kevin Daniels, *Pro Se*
Inmate # 15439
Westchester County Jail
P.O. Box 10
Valhalla, NY 10595

**APPLICATION GRANTED**

Stephen C Robinson
HON. STEPHEN C. ROBINSION
8/11/08